## JUNE 21, 2005

No. 04A1060. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON *v.* LAMBERT. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Seventh Circuit on June 17, 2005, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

## JUNE 23, 2005

No. 04–10150. HEARN *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari dismissed under this Court's Rule 46. Reported below: 349 Ill. App. 3d 1050, —— N. E. 2d ——.

## JUNE 24, 2005

No. 04–1406. BAUTISTA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BAUTISTA, ET AL. *v.* STAR CRUISES ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

## JUNE 27, 2005

No. 04–1532. RICE *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).